**Order entered June 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01378-CV

## IN RE HEDY A. RITTENMEYER, INDEPENDENT EXECUTOR OF THE ESTATE OF CHRISTOPHER ALLEN RITTENMEYER, DECEASED, Relator

**Original Proceeding from the Probate Court No. 1**
**Collin County, Texas**
**Trial Court Cause No. PB1-0072-2017**

## ORDER

Before the Court is real party in interest Nicole Marie Lockman Rittenmeyer's "Agreed Motion to Enlarge Time to File Response." We **GRANT** the motion. The real party in interest's responses to the motion for rehearing and petition for writ of mandamus shall be filed **by July 13, 2018.**

/s/  ELIZABETH LANG-MIERS
JUSTICE